Filed 8/14/23  P. v. Shaw CA4/2

## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FOURTH APPELLATE DISTRICT

## DIVISION TWO

|  |  |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>JUSTIN MICHAEL SHAW,<br><br>    Defendant and Appellant. | E080504<br><br>(Super.Ct.No. FSB21001810)<br><br>OPINION |

APPEAL from the Superior Court of San Bernardino County.  Kory E. Mathewson, Judge.  Affirmed.

John F. Schuck, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

1

In 2022 a jury convicted Justin Michael Shaw of being a felon in possession of both a firearm and ammunition. He appealed his judgment. His attorney has filed a brief under the authority of *People v. Wende* and *Anders v. California*[1] informing this court they were unable to identify any errors and asking us to perform an independent review of the record. Based on our independent review of the record, we find no error and affirm.

BACKGROUND

In May 2021, Shaw's wife told police he physically abused her. An officer stationed himself across the street from Shaw's apartment to look for him. The officer saw Shaw exit the apartment complex and walk to his car with rifle bags and ammunition cans. The officer recognized the rifle bags as rifle bags because he used the same bags. After making several trips back and forth to the car, Shaw got in the car and drove away.

The officer stopped Shaw and searched his car. He found three AR-15 rifles, three Glock handguns, 25 high-capacity AR-15 magazines, seven Glock magazines, 2,000 rounds of .223 caliber ammunition, about 100 rounds of nine millimeter ammunition, and about 820 rounds of 5.56 caliber ammunition. This included a loaded Glock handgun in the glove compartment. All of the guns appeared to be in working order. Shaw's wife told the police at the time and later testified that all the weapons and ammunition were hers.

---

[1] *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*); *Anders v. California* (1967) 386 U.S. 738 (*Anders*).

In March 2022 the San Bernardino County District Attorney charged Shaw with injuring a spouse (Penal Code,[2] § 273.5, subd. (a); count 1), possession of a firearm by a felon (§ 29800, subd. (a)(1); count 2), unlawful possession of ammunition (§ 30305, subd. (a)(1); count 3), child abuse under circumstances likely to cause great bodily injury (§ 273a, subd. (a); count 4), and attempted murder (§ 664/187, subd. (a); count 5). The prosecution also alleged one strike (§ 1170.12, subds. (a)-(d), § 667, subds. (b)-(i)) and 11 aggravating circumstances. Shaw eventually stipulated he was a felon.

In July 2022 a jury convicted Shaw on counts 2 and 3, found him not guilty on counts 4 and 5, and deadlocked on count 1. The prosecution dismissed count 1 in September 2022 and re-filed it in a separate case. Shaw appealed the judgment on counts 2 and 3.

## DISCUSSION

We appointed counsel to represent Shaw on appeal, and counsel has filed a brief under the authority of *Wende* and *Anders*, setting forth a statement of the case and a summary of the facts and asking us to conduct an independent review of the record. Counsel's brief raised one potential issue for our consideration: whether there was sufficient evidence to convict Shaw on counts 2 and 3. We offered Shaw an opportunity to file a personal supplemental brief, and he has not done so.

---

[2] Unlabeled statutory citations refer to the Penal Code.

We have independently reviewed the record for potential error as required by *People v. Kelly* (2006) 40 Cal.4th 106 and find no arguable error that would result in a disposition more favorable to Shaw.

DISPOSITION

We affirm the judgment.

NOT TO BE PUBLISHED IN OFFICIAL REPORTS

RAPHAEL
J.

We concur:

CODRINGTON
Acting P. J.

MENETREZ
J.

4